IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KIMBERLY MURPHY                                                                               PLAINTIFF

v.                            Case No. 3:13-cv-03070-JRM

CAROLYN W. COLVIN, ACTING COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

By order entered July 8, 2013, the undersigned denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* and directed her to tender the filing fee of $400.00 by August 7, 2013. ECF No. 5. Plaintiff failed to comply with the order or request additional time to tender the filing fee. As a result, Plaintiff was directed to show cause by August 27, 2013, as to why her case should not be dismissed. ECF No. 7.

On August 20, 2013, Plaintiff responded to the court's order, stating she did not have the funds available to pay the filing fee. ECF No. 8. Plaintiff's attorney was then contacted by the court and notified that a motion should be filed if additional time was needed to comply with the court's order. Plaintiff's attorney failed to comply with the court's instruction and request additional time to tender the filing fee. Accordingly, the undersigned dismisses the present action for failure to obey a court order. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 4th day of September 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE