IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KIMBERLY MURPHY                                                                                    PLAINTIFF

     v.                              CIVIL No. 3:13-cv-03070-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned dismisses Plaintiff's case without prejudice.

IT IS SO ORDERED this 4th day of September 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**